WILLIAM BUTLER, Appellant, *v.* JAMES McGOVERN, Respondent.

(Argued April 18, 1887; decided May 3, 1887.)

*Homer A. Nelson* for appellant.

*Francis Larkin* for respondent.

Agree to affirm on case of *Lictenberg* v. *Herdtfelaer* (103 N. Y. 302).

All concur.

Judgment affirmed.